UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>Debtors.[1] | Case No. 3:23-mc-00106-KAD |

### G CLUB OPERATIONS LLC'S RULE 7.1 DISCLOSURE STATEMENT

G Club Operations LLC ("G Club Operations") as and for its disclosure pursuant to Fed. R. Civ. P. 7.1(a)(1) (as amended effective December 1, 2022), states as follows:

G Club Operations is owned by G Club International Limited, which is owned by Jovial Century International Limited, which is owned by Stichting Duurzame and no publicly held corporation owns 10% or more of its membership interests.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (last four digits of tax identification number: 9595) (the "Debtor"), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

{00340800.1 }

Dated:  November 17, 2023  G-Club Operations LLC

By:  */s/ Kellianne Baranowsky*
GREEN & SKLARZ LLC
Jeffrey M. Sklarz
Kellianne Baranowsky
One Audubon St, 3rd Floor
New Haven, CT 06511
Tel: 203-285-8545
jsklarz@gs-lawfirm.com
kbaranowsky@gs-lawfirm.com

PILLSBURY WINTHROP SHAW PITTMAN LLP
Carolina A. Fornos (*pro hac vice*)
31 West 52nd Street
New York, NY 10019
Tel: 212-858-1558
carolina.fornos@pillsburylaw.com

*Attorneys for G Club Operations LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, a copy of the foregoing was served via CM/ECF.  Parties may access this filing through the Court's CM/ECF system.

Additionally, a copy of the foregoing has been filed on the docket of the Bankruptcy Court as well as emailed as follows:

<u>Counsel for the Trustee</u>
Avi Luft          aviluft@paulhastings.com
Patrick Linsey  plinsey@npmlaw.com


<u>Counsel for the Assignee, Brien W. Hofmeister</u>
Bonnie Mangan          bonnie.mangan@manganlaw.com

<u>Counsel for HCHK Technologies, Inc; Holy City Hong Kong Ventures, LTD; Lexington Property and Staffing, Inc.</u>
John T. Shaban          john@levinelevinelaw.com


<u>Counsel for HCHK Property Management, Inc.</u>
John T. Shaban          john@levinelevinelaw.com
Bonnie Mangan          bonnie.mangan@manganlaw.com


<u>Counsel for Holy City Hong Kong Ventures, LTD.</u>
John T. Shaban          john@levinelevinelaw.com



Date:   November 17, 2023

      */s/ Kellianne Baranowsky*
      Kellianne Baranowsky